RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/26/11
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| CLUVA DESINOR<br>    Alien No. 024-723-719 | DOCKET NO.11-cv-479; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| JANET NAPOLITANO, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's §2241 application be **DISMISSED AS MOOT.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 26th day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE